# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIN SKALDE and <br> JARROD SKALDE, <br><br>     Plaintiffs, <br><br> v. <br><br> LEMIEUX GROUP, L.P., PITTSBURGH PENGUINS L.P., and CLARK DONATELLI, <br><br>     Defendants. | Case No. 3:20-cv-02039-JPW |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Defendants Lemieux Group, L.P. and Pittsburgh Penguins L.P. in the above-captioned matter.

*s/ James F. Glunt*
James F. Glunt, Esquire
(PA 85555)
**FISHER & PHILLIPS LLP**
Six PPG Place
Suite 830
Pittsburgh, PA 15222
Telephone: (412) 822-6621
jglunt@fisherphillips.com

*Attorneys for Defendants*

Dated: November 6, 2020

# CERTIFICATE OF SERVICE

I, James F. Glunt, Esquire, hereby certify that on this 6th day of November 2020, a true and correct copy of the foregoing Entry of Appearance was filed electronically and is available for viewing and downloading from the Court's ECF system and was served upon the following attorney via the Court's ECF system:

Michael D. Homans, Esquire
Homans Peck, LLC
134 North Wayne Avenue
Wayne, PA 19087
(215) 419-7463

*Attorney for Plaintiffs*

    *s/ James F. Glunt*
    James F. Glunt, Esquire