# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF PENNSYLVANIA

| ERIN SKALDE, ET AL. | |
|---|---|
| *Plaintiff* | Civil Action No.: |
| v. | **3:20–CV–02039–JPW** |
| LEMIEUX GROUP, L.P., ET AL. | Hon. Jennifer P. Wilson |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    **CLARK DONATELLI**
    21 Peckham Ave.
    Wakefield, RI 02879

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Michael D. Homans
    HomansPeck, LLC
    134 North Wayne Ave., Ste. 300
    Wayne, PA 19087

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**PETER J. WELSH**

*CLERK OF COURT*

  **s/ – Ed Petroski**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2020–11–04 11:04:07**, Clerk USDC MDPA

Civil Action No.: 3:20-CV-02039-JPW

PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __CLARK DONATELLI__
was received by me on (date) __11/10/20__. __21 PECKHAM AVE, WAKEFIELD, RI__

[X] I personally served the summons on the individual at (place) __IN HAND TO CLARK DONATELLI__
_____ on (date) __11/12/20__ ; or __60 YO, WHITE MALE__
__7:15 AM__ __GRAY HAIR, 6', 180-__

[ ] I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on (name of individual) _____, who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____ ; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

__11/12/20__
Date

Server's Signature

__BRYAN FAULKNER - PROCESS SERVER__
Printed name and title

__PO BOX 869103__
__MILTON, MA 02186__
Server's Address

Additional information regarding attempted service, etc:

FREDERICKS & PALMER PROCESS
SERVING
1735 MARKET STREET SUITE A532
PHILADELPHIA PA 19103
215-833-8307