# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIN SKALDE and JARROD SKALDE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LEMIEUX GROUP, L.P., PITTSBURGH ) <br> PENGUINS L.P., and CLARK ) <br> DONATELLI, ) <br> ) <br> Defendants. ) | Case No. 3:20-cv-02039-JPW |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Defendants Lemieux Group, L.P. and Pittsburgh Penguins L.P. in the above-captioned matter.

*/s/ Lori Armstrong Halber*
Lori Armstrong Halber
REED SMITH LLP
Three Logan Squire
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8125
Facsimile: (215) 851-1420
Email: larmstronghalber@reedsith.com

*Attorneys for Defendants*
*Lemieux Group, L.P. and Pittsburgh*
*Penguins L.P.*

Dated: November 20, 2020

# **CERTIFICATE OF SERVICE**

I, Lori Armstrong Halber, hereby certify that on this 20th day of November 2020, a true and correct copy of the foregoing Entry of Appearance was filed electronically and is available for viewing and downloading from the Court's ECF system and was served upon the following attorney via the Court's ECF system:

> Michael D. Homans, Esquire
> Homans Peck, LLC
> 134 North Wayne Avenue
> Wayne, PA 19087
> (215) 419-7463
>
> *Attorney for Plaintiffs*

*/s/ Lori Armstrong Halber*
Lori Armstrong Halber