# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIN SKALDE and JARROD SKALDE, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LEMIEUX GROUP, L.P., PITTSBURGH ) <br> PENGUINS L.P., and CLARK ) <br> DONATELLI, ) <br> ) <br>     Defendants. ) | Case No. 3:20-cv-02039-JPW |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Defendants Lemieux Group, L.P. and Pittsburgh Penguins L.P. in the above-captioned matter.

                                                         */s/ Thomas H. Suddath, Jr.*
                                                         Thomas H. Suddath, Jr.
                                                         REED SMITH LLP
                                                         Three Logan Squire
                                                         1717 Arch Street, Suite 3100
                                                         Philadelphia, PA  19103
                                                         Telephone: (215) 851-8125
                                                         Facsimile: (215) 851-1420
                                                         Email: larmstronghalber@reedsith.com

                                                         *Attorneys for Defendants*
                                                         *Lemieux Group, L.P. and Pittsburgh*
                                                         *Penguins L.P.*

Dated:  November 20, 2020

# **CERTIFICATE OF SERVICE**

I, Thomas H. Suddath, Jr., hereby certify that on this 20th day of November 2020, a true and correct copy of the foregoing Entry of Appearance was filed electronically and is available for viewing and downloading from the Court's ECF system and was served upon the following attorney via the Court's ECF system:

Michael D. Homans, Esquire
Homans Peck, LLC
134 North Wayne Avenue
Wayne, PA 19087
(215) 419-7463

*Attorney for Plaintiffs*

/s/ Thomas H. Suddath, Jr.
Thomas H. Suddath, Jr.