## **CERTIFICATE OF NON-CONCURRENCE**

In accordance with Local Rule 7.1, I hereby certify that I sought concurrence for the relief sought in this Motion from counsel for Plaintiffs Erin Skalde and Jarrod Skalde. Doe does not concur in the relief sought in this Motion.

                                            Respectfully submitted,

                                            /s/ *Lori Armstrong Halber*
                                            Thomas H. Suddath, Jr., Esquire (37811)
                                            Lori Armstrong Halber, Esquire (80762)
                                            1717 Arch Street, Suite 3100
                                            Philadelphia, PA 19103
                                            Tel: (215) 851-8100
                                            tsuddath@ReedSmith.com
                                            larmstronghalber@reedsmith.com

                                            *Counsel for Defendants Lemieux Group, L.P.*
                                            *and Pittsburgh Penguins L.P.*

Dated: November 23, 2020