UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIN SKALDE and <br> JARROD SKALDE, <br><br> Plaintiffs, <br><br> v. <br><br> LEMIEUX GROUP, L.P., <br> PITTSBURGH PENGUINS L.P., <br> AND CLARK DONATELLI, <br><br> Defendants. | Case No. 3:20-cv-02039-JPW <br><br> Hon. Jennifer P. Wilson |

### ORDER

AND NOW, this _____ day of _____, 2020, upon consideration of the Motion to Dismiss filed by Defendants Pittsburgh Penguins L.P. and Lemieux Group, L.P., it is hereby ORDERED that the Motion is GRANTED. Counts III, IV, and V Plaintiff's Complaint are dismissed against Defendants Pittsburgh Penguins L.P. and Lemieux Group, L.P., with prejudice.

_____
United States District Judge