IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIN SKALDE and JARROD SKALDE,<br><br>        Plaintiffs,<br>vs.<br><br>LEMIEUX GROUP, L.P., PITTSBURGH PENGUINS L.P., and CLARK DONATELLI,<br><br>        Defendants Plaintiff. | NO: 3:20-cv-02039-JPW |

## **ORDER**

Upon consideration of the Motion to Withdraw Appearance, it is hereby **ORDERED** that the Motion is **GRANTED** and Thomas H. Suddath, Jr. and the law firm of Reed Smith LLP shall remain as counsel for Defendants Lemieux Group, L.P., and Pittsburgh Penguins L.P.

BY THE COURT:

\_\_s/ Jennifer P. Wilson_____, J.