IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Erin Skalde and Jarrod Skalde, | )<br>)<br>) |
| Plaintiff(s), | ) |
| v. | ) |
| Lemieux Group LP, Pittsburgh Penguins LP, and Clark Donatelli, | )  Civil Action No. 3:20-cv-02039<br>) |
| Defendant(s)/<br>Third-Party Plaintiff(s), | ) |
| v. | ) |
| | ) |
| Third-Party Defendant(s). | ) |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant,
(type of party)
who is Pittsburgh Penguins LP, makes the following disclosure:
(name of party)

Page 1 of 2

1. Is the party a non-governmental corporate party?

    ☑ YES    ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

None

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

None

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ Thomas H. Suddath
Signature of Counsel for Party

Date: 03/08/2021