IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIN SKALDE, et al.,** | : | Civil No. 3:20-CV-2039 |
| | : | |
| **Plaintiffs** | : | (Judge Wilson) |
| | : | |
| v. | : | (Magistrate Judge Carlson) |
| | : | |
| **LEMIEUX GROUP, L.P., et al.,** | : | |
| | : | |
| **Defendants** | : | |

# **ORDER**

AND NOW, this 6th day of May 2021, in accordance with the accompanying Memorandum Opinion and given the pending and potentially dispositive motion filed in this case, IT IS ORDERED that, for the reasons set forth in the Memorandum Opinion, we will DENY what we deem to be the motion to compel (Doc. 45), GRANT, in part, what we deem to be the motion to stay, (Doc. 42), and STAY further discovery for 30 days.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge