# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIN SKALDE and JARROD SKALDE,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>LEMIEUX GROUP, L.P., PITTSBURGH PENGUINS L.P., and CLARK DONATELLI,<br><br>　　　　Defendants. | No. 3:20-cv-02039-JPW |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendants Lemieux Group, L.P., and Pittsburgh Penguins L.P.

　　　　　　　　　　　　　　　　　*/s/ Catherine S. Ryan*
　　　　　　　　　　　　　　　　　Catherine S. Ryan (PA ID 78603)
　　　　　　　　　　　　　　　　　Mariah H. McGrogan (PA ID 318488)
　　　　　　　　　　　　　　　　　**REED SMITH LLP**
　　　　　　　　　　　　　　　　　225 Fifth Avenue, Suite 1200
　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　　412-288-4173/3152
　　　　　　　　　　　　　　　　　cryan@reedsmith.com
　　　　　　　　　　　　　　　　　mmcgrogan@reedsmith.com

　　　　　　　　　　　　　　　　　Thomas H. Suddath, Jr. (PA ID 37811)
　　　　　　　　　　　　　　　　　**REED SMITH LLP**
　　　　　　　　　　　　　　　　　Three Logan Square
　　　　　　　　　　　　　　　　　1717 Arch Street, Suite 3100
　　　　　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　　　　　215-851-8100
　　　　　　　　　　　　　　　　　tsuddath@reedsmith.com

　　　　　　　　　　　　　　　　　*Attorneys for Defendants, Lemieux Group, L.P., and Pittsburgh Penguins L.P.*

Dated:  May 19, 2021

## CERTIFICATION OF SERVICE

The undersigned certifies that on this 19th day of May, 2021 a true and correct copy of the foregoing *Notice of Appearance* will be served via the Court's ECF system on the following counsel of record:

Michael D. Homans, Esquire
Homans Peck, LLC
134 North Wayne Avenue
Wayne, PA 19087
mhomans@homanspeck.com

*Attorneys for Plaintiffs*

*/s/ Catherine S. Ryan*
*Attorney for Defendants, Lemieux Group, L.P.,
and Pittsburgh Penguins L.P.*